DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA HOME EQUITY TRUST 2005-09;<br><br>Plaintiff,<br>vs.<br>PARK AVENUE HOMEOWNERS' ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION,<br><br>Crossclaimant<br>vs<br>RED ROCK FINANCIAL SERVICES, LLC,<br><br>Cross-Claim Defendant | Case No.:   2:16-cv-00460-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE TO FILE A RESPONSE TO RED ROCK FINANCIAL SERVICES, LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR 6-1 and 7-1, plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of GSAA Home Equity Trust 2005-09 (**HSBC**) and defendant Red Rock Financial Service, LLC (**Red Rock**) agree and stipulate to extend the deadline for HSBC to file its Response to Red Rock's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Dkt. No. 8] to **April 28, 2016**. An extension is necessary to allow HSBC to sufficiently respond to Red Rock's motion.

1

This is the first request related to HSBC's response and the 14-day extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 13th day of April, 2016.

| **AKERMAN LLP** | **KOCH & SCOW, LLC** |
|---|---|
| By:/s/ *William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | By: /s/ *Steven B. Scow*<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody B. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052 |
| *Attorneys for Plaintiff* | *Attorneys for Red Rock Financial Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

April 14, 2016
_____
DATED

2