UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-cv-00460-JCM-NJK<br><br>ORDER |

Pending before the Court is an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Docket No. 19. Defendant Red Rock Financial Services, LLC has now filed a response identifying its corporate chain, and indicating that FSRM (NV), Inc. is a "Nevada corporation." Docket No. 24. For diversity purposes, a corporation's citizenship is determined both by its place of incorporation and its principal place of business. *See, e.g.*, 28 U.S.C. § 1332(c)(1) (a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business"). The Court hereby ORDERS Defendant Red Rock Financial Services, LLC to file, no later than May 17, 2016, a supplemental response to the order to show cause identifying specifically its place of incorporation and its principal place of business.

IT IS SO ORDERED.

DATED: May 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge