# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-cv-00460-JCM-NJK<br><br>ORDER |

Pending before the Court is an order to show case regarding the certificate of interested parties filed by Defendant Red Rock Financial Services, LLC ("Defendant"). Docket No. 20. Defendant has filed a response. Docket No. 25. The order to show cause is hereby DISCHARGED. Defendant shall file a supplemental certificate of interested parties no later than May 17, 2016.

IT IS SO ORDERED.

DATED: May 11, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge