UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS'<br>ASSOCIATION, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00460-JCM-NJK<br><br>ORDER |

　　　Pending before the Court is an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Docket No. 19. Based on the supplemental response received, Docket No. 29, the order to show cause is hereby **DISCHARGED**.

　　　IT IS SO ORDERED.

　　　DATED: May 13, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge