James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Park Avenue HOA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA HOME EQUITY TRUST 2005-09,<br><br>Plaintiff,<br><br>v.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION; RED ROCK FINANCIAL SERVICE, LLC,<br><br>Defendants. | CASE NO.: 2:16-CV-00460-JCM-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO HSBC BANK USA, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES: HSBC BANK USA, NATIONAL ASSOCIATION ("HSBC") by and through their attorney of record, William Habdas, Esq. of the law firm of Akerman, LP; PARK AVENUE HOMEOWNERS ASSOCIATION ("PARK AVENUE"), by and through their attorney of record, Elizabeth Lowell, Esq. of the Pengilly Law Firm; and RED ROCK FINANCIAL SERVICES, LLC ("Red Rock") by and through their attorney of record, Steve Scow, Esq. of Koch and Scow that Park Avenue and Red Rock shall have an extension of time to respond to HSBC's MOTION FOR SUMMARY JUDGMENT (Doc. #37), filed on October 25, 2017, of 11 calendar days, up to and including November 29, 2016.

This is the first request to extend time to file documents in opposition to HSBC'S MOTION FOR SUMMARY JUDGMENT (Doc. #37). It is not intended for purposes of delay but to accomodate various counsels' schedules and to provide more complete briefing to the Court.

| **PENGILLY LAW FIRM** | **AKERMAN, LP** |
|---|---|
| */s/ Elizabeth B. Lowell*<br>James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>jpengilly@pengillylawfirm.com<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>elowell@pengillylawfirm.com<br>1995 Village Center Cir., Suite 190<br>Las Vegas, NV  89134<br>T: (702) 889-6665; F: (702) 889-6664<br>*Counsel for Park Avenue HOA* | */s/ William Habdas*<br>William Habdas, Esq.<br>Darren Brenner, Esq.<br>1160 Town Center Dr., Suite 330<br>Las Vegas, NV  89144<br>*Counsel for HSBC* |

**KOCH & SCOW**

*/s/ Steve Scow*
Steven B. Scow, Esq.
11500 S. Eastern Avenue, Suite 210
Las Vegas, NV  89052
*Counsel for Red Rock Financial Services, LLC*

**ORDER**

IT IS SO ORDERED.

Dated: November 21, 2016.

_____
United States District Court Judge