DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for Plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of GSAA Home Equity Trust 2005-09*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA HOME EQUITY TRUST 2005-09;<br><br>                            Plaintiff,<br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC,<br><br>                            Defendants.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION,<br><br>                            Crossclaimant<br>vs<br><br>RED ROCK FINANCIAL SERVICES, LLC,<br><br>                            Cross-Claim Defendant | Case No.:      2:16-cv-00460-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR 6-1 and 7-1, plaintiff HSBC Bank USA, National Association, as Trustee for the Holders of GSAA Home Equity Trust 2005-09 (**HSBC**) and defendant Red Rock Financial Service, LLC (**Red Rock**) agree and stipulate to extend the deadline for HSBC to file its Reply in Further Support of its Motion for Summary Judgment [Dkt. No. 37] to **December 19, 2016**.  HSBC's motion for summary judgment [Dkt. No. 37] was filed on October 25, 2017 and Red Rock's response

1

to the motion [Dkt. No. 38] was filed November 18, 2016.

An extension is necessary to allow HSBC to sufficiently respond to Red Rock's response to HSBC's motion [Dkt. No. 38].

This is the first request related to HSBC's response and the 14-day extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED this 5th day of December, 2016.

| AKERMAN LLP | KOCH & SCOW, LLC |
|---|---|
| By:/s/ *William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | By: /s/ *Steven B. Scow*<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody B. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

December 9, 2016
_____
DATED

2