UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION, et al.,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:16-CV-460 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *HSBC Bank USA, N.A. v. Park Avenue Homeowners' Association, et al.*, case number 2:16-cv-00460-JCM-NJK.

In light of the parties' notice of settlement (ECF No. 46), the court will deny plaintiff's motion for summary judgment (ECF No. 37) without prejudice to plaintiff's ability to renew its motion for summary judgment should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

DATED June 20, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE