UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>PARK AVENUE HOMEOWNERS'<br>ASSOCIATION, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-CV-460 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *HSBC Bank USA, N.A. v. Park Avenue Homeowners' Association, et al.*, case number 2:16-cv-00460-JCM-NJK.

On April 7, 2017, the parties filed a notice of settlement, representing that a global settlement had been reached and that a stipulation to dismiss or a status report would be filed within 60 days. To date, neither have been filed.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a stipulation to dismiss or a status report within fourteen (14) days from the entry of this order.

DATED June 29, 2017.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**