UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK USA,<br><br>                              Plaintiff(s),<br><br>      v.<br><br>PARK AVENUE HOMEOWNERS'<br>ASSOCIATION, et al.,<br><br>                              Defendant(s). | Case No. 2:16-CV-460 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *HSBC Bank USA, N.A. v. Park Avenue Homeowners' Association, et al.*, case number 2:16-cv-00460-JCM-NJK.

On April 7, 2017, the parties filed a notice of settlement, representing that a global settlement had been reached and that a stipulation to dismiss or a status report would be filed within 60 days. (ECF No. 46). The parties failed to file a stipulation or a status report within 60 days in accordance with their representation.

On June 29, 2017, the court ordered the parties to file a stipulation to dismiss or a status report within fourteen days. (ECF No. 48).

On July 13, 2017, the parties filed a joint status report, stating that draft settlement agreements have been exchanged and a resolution is expected within the next sixty (60) days. (ECF No. 49).

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED that the parties shall file, within sixty (60) days from the entry of this order, a stipulation to dismiss or a joint status report.

DATED July 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -