1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  WILLIAM S. HABDAS, ESQ.
   Nevada Bar No. 13138
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: william.habdas@akerman.com

7  *Attorneys for HSBC Bank USA, National
   Association, as Trustee for the Holders of
8  GSAA Home Equity Trust 2005-9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA HOME EQUITY TRUST 2005-9;<br><br>Plaintiff,<br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION; RED ROCK FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00460-JCM-NJK<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER OF DISMISSAL** |

PLEASE TAKE NOTE HSBC Bank USA, National Association, as Trustee for the Holders of GSAA Equity Trust 2005-9 (**HSBC**), and Defendant Park Avenue Homeowners' Association (**HOA**), and Red Rock Financial Services (**Red Rock**), by and through their respective counsel of record, hereby stipulate and agree to dismiss with prejudice this action pursuant NRCP 41(a)(1)(ii).

…

…

…

…

43679212;1

1

Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 20th of February, 2018.

| **AKERMAN LLP** | **PENGILLY LAW FIRM** |
|---|---|
| /s/ *William S. Habdas*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Cir., Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for HSBC Bank USA, National Association, as Trustee for the Holders of GSAA Home Equity Trust 2005-9* | */s/ Elizabeth B. Lowell*<br>JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6085<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Park Avenue Homeowners' Association* |
| **KOCH & SCOW, LLC**<br><br>By: /s/ *Steven B. Scow*<br>David R. Koch, Esq.<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody B. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Red Rock Financial Services, LLC* | |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: February 27, 2018

43679212;1